LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

BURNT RICE KOREAN RESTAURANT, INC.

   Debtor

Case No.: 15-53371-MEH

**DECLARATION OF KRISTAL FIELDS IN SUPPORT OF MOTION TO ASSUME LEASE**

CHAPTER 11

Date: None Set
Time: None Set
Location: Courtroom 3020
   280 S. First Street
   San Jose, CA 95113
Judge: Hon. M. Elaine Hammond

I Kristal Lee Fields declare and say:

1. I am the director of Burnt Rice Korean Restaurant, Inc., debtor herein.

2. I hold 51% of the issued and outstanding stock of Debtor.

3. On or about April 2, 2012 Debtor entered into a lease agreement wherein WPV San Jose, LLC, LP is the Lessor and Burnt Rice Korean Restaurant, LLC is the Lessee.

4. The lease relates to 1,810 square feet of retail space at 121 Curtner Ave. Space #20 San Jose, CA 95125 wherein Burnt Rice Korean Restaurant, LLC is the lessee. A true and correct copy of the lease is attached hereto as Exhibit "1".

5. Debtor is delinquent approximately $8,600 in delinquent rent for Oct. 2015. Debtor intends to cure the arrears as a condition of any order assuming the Lease.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Oct. 23, 2015 /s/ Kristal Lee Fields
Kristal Lee Fields,
Debtor's Authorized Representative