Lars T. Fuller (SBN 141270)
Sam Taherian (SBN 170953)
THE FULLER LAW FIRM, P.C.
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852

Attorney for Debtors

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BURNT RICE KOREAN RESTAURANT, INC.<br><br>            Debtor | Case No.: 15-53371-MEH<br><br>**NOTICE OF OPPORTUNITY FOR HEARING ON MOTION TO ASSUME LEASE**<br><br>CHAPTER 11<br><br>Date:     None Set<br>Time:    None Set<br>Location: Courtroom 3020<br>             280 S. First Street<br>             San Jose, CA 95113<br>Judge:   Hon. Elaine Hammond |

TO WPV SAN JOSE, LLC, STRADLING YOCCA CARLSON & RAUTH, ITS ATTORNEYS AND THE UNITED STATES TRUSTEE:

PLEASE TAKE NOTICE that Debtor BURNT RICE KOREAN RESTAURANT, INC. will and hereby does move the Court to assume the Lease relating to retail property at 121 Curtner Ave. Suite 20 San Jose, CA 95125 ["Property" hereinafter].

This motion is based on this Notice of Opportunity for Hearing on Motion to Assume Lease, the Motion to Assume Lease, the Memorandum of Points and Authorities in Support of Motion to Assume Lease, on the Declaration of Debtor in Support of Motion to Assume Lease

and on the papers, records, and other documents on file herein, and on such oral and documentary evidence as may be presented at the hearing of this motion.

This motion is brought pursuant to B.L.R. 9014-1(b)(3) and 11 U.S.C. §365(d) and notice is pursuant to FRBP 7004(b).

B.L.R. 9014-1(b)(3)(A) requires that:

A request for relief governed by B.L.R. 9014-1(b)(3) shall be accompanied by a Notice and Opportunity for Hearing and shall state conspicuously:

(i) That Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

(ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Your opposition, if any, to the motion in addition to being filed with the Court, shall be served on Debtor, Debtor's attorney and the Trustee at the address set forth below:

THE BANKRUPTCY COURT:  UNITED STATES BANKRUPCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
280 South First Street, 3rd Floor
San Jose, CA 95113

| | |
|---|---|
| DEBTORS' COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| UNITED STATES TRUSTEE: | UNITED STATES TRUSTEE REGION 17<br>San Jose Division Office<br>280 South First Street, Suite 268<br>San Jose, CA 95113 |
| DEBTOR: | BURNT RICE KOREAN RESTAURANT, INC.<br>121 Curtner Ave., Suite 20<br>San Jose, CA 95125 |

Dated: Oct. 27, 2015          THE FULLER LAW FIRM, P.C.


By: /s/ Lars T. Fuller
LARS T. FULLER
Attorney for Debtors