Lars T. Fuller (No. 141270)
Sam Taherian (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel: (408)295-5595

Attorney for Debtor

The following constitutes
the order of the court. Signed October 28, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# U.S BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 15-53371-MEH |
| Burnt Rice Korean Restaurant, Inc. | CHAPTER 11 |
| Debtor | **ORDER SHORTENING TIME FOR HEARING ON MOTION FOR USE OF CASH COLLATERAL** |
| | Date: October 30, 2015<br>Time: 11:00 a.m.<br>Ctrm: 3020 (San Jose) |

On the application of Debtor Burnt Rice Korean Restaurant, Inc. for an order shortening the time required for notice of a Motion for Use of Cash Collateral, good cause appearing,

IT IS ORDERED THAT

(1) The notice time for the motion for use of cash collateral is shortened and a hearing is to be held on October 30, 2015 at 11:00 a.m. Any objections may be raised orally at the hearing.

(2) By October 28, 2015, Debtor shall file and serve notice of the hearing on all affected parties by fax or electronic mail and by overnight mail.

(3) By October 29, 2015 at 4:00 p.m., Debtor shall file and serve on the affected secured creditors a budget identifying the cash collateral it requires to avoid immediate and irreparable harm to the estate pending a final hearing, in accordance with Fed. R. Bankr. P. 4001(b)(2).

***END OF ORDER***

Court Service List