Lars T. Fuller (SBN 141270)
Sam Taherian (SBN 170953)
THE FULLER LAW FIRM, P.C.
60 North Keeble Avenue
San Jose, CA 95126
Tel: (408) 295-5595
Fax: (408) 295-9852

Attorney for Debtor

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 15-53371-MEH |
| | **NOTICE OF HEARING ON MOTION FOR USE OF CASH COLLATERAL** |
| Burnt Rice Korean Restaurant, Inc. | CHAPTER 11 |
| Debtor | Date: Oct. 30, 2015<br>Time: 11:00 a.m.<br>Location: Courtroom 3020<br>280 S. First Street<br>San Jose, CA 95113 |

TO OPPORTUNITY FUND NORTHERN CALIFORNIA, THE UNITED STATES TRUSTEE, ALL PARTIES REQUESTING SPECIAL NOTICE AND THE 20 LARGEST UNSECURED CREDITORS:

PLEASE TAKE NOTICE that Debtor BURNT RICE KOREAN RESTAURANT, INC. will and hereby does move the Court to allow the Use of Cash Collateral to continue to operate its business.

A hearing on said motion has been set for Oct. 30, 2015 at 11:00 a.m. at the United States Bankruptcy Court for the Northern District of California, San Jose Division, 280 South First St., San Jose, CA in Courtroom 3020 before the Honorable M. Elaine Hammond. This motion is based on this Notice of Hearing, the Motion to Use Cash Collateral, the Memorandum of Points and Authorities in Support of Motion to Use Cash Collateral, the Declaration filed in Support of the motion, the Requested Operating Budget and the entire Court file on this case.

This motion is for a temporary order to allow debtor to use the cash collateral for the Requested Operating Budget filed together with this notice.

If you oppose the motion you should appear at the hearing. Any written opposition shall be filed with the Court at the address set forth below and a copy thereof served on the following parties:

| | |
|---|---|
| THE BANKRUPTCY COURT: | UNITED STATES BANKRUPCY COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA<br>280 South First St., 3rd Floor<br>San Jose, CA 95113 |
| DEBTOR'S COUNSEL: | LARS T. FULLER, ESQ.<br>THE FULLER LAW FIRM, P.C.<br>60 N. Keeble Avenue<br>San Jose, CA 95126 |
| UNITED STATES TRUSTEE: | UNITED STATES TRUSTEE REGION 17<br>San Jose Division Office<br>280 South First St., Suite 268<br>San Jose, CA 95113 |
| DEBTOR: | BURNT RICE KOREAN RESTAURANT, INC.<br>121 Curtner Avenue, Suite 20<br>San Jose, CA 95125 |

Dated: Oct. 29, 2015

THE FULLER LAW FIRM, P.C.

_/s/ Lars T. Fuller_
Lars T. Fuller
Attorney for Debtor

Notice of Hearing on Motion for Use of Cash Collateral - 3