LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Tel :(408)295-5595
Fax :(408)295-9852

Attorney for Debtor

The following constitutes
the order of the court. Signed November 17, 2015

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

BURNT RICE KOREAN RESTAURANT, INC.

           Debtor

Case No.: 15-53371-MEH

**ORDER APPROVING EMPLOYMENT AND RETENTION OF THE FULLER LAW FIRM, P.C. AS ATTORNEYS FOR DEBTOR**

CHAPTER 11

Date:    none set
Time:    none set
Court:   none set

Upon the Application of debtor seeking an order authorizing the employment and retention of The Fuller Law Firm, P.C. as its attorney and upon the declaration of Lars Fuller in support thereof, and it satisfactorily appearing that none of the attorneys of The Fuller Law Firm, P.C. nor The Fuller Law Firm, P.C. represent or hold any interest adverse to the debtor or the estate in the matters upon which The Fuller Law Firm, P.C. is to be engaged and that the

employment will be in the best interest of the estate and no adverse interest being represented, it is

ORDERED that debtor be and hereby is authorized to employ The Fuller Law Firm, P.C. as debtor's Chapter 11 bankruptcy attorney under the terms set forth in the Application for Employment to perform the following services through the date the final decree is issued:

a. Advise the debtor with respect to its powers and duties as debtors-in-possession in the continued management and operation of its assets;

b. Attend meetings and negotiate with representatives of creditors and other parties in interest and advise and consult on the conduct of the case, including all of the legal and administrative requirements of operating in Chapter 11.

c. Take all necessary actions to protect and preserve the debtor's estate including the defense of any actions commenced against the debtors, negotiations concerning all litigation in which the debtor is involved and objections to claims filed against the estate.

d. Prepare on behalf of debtor all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate and to review the monthly operating reports prepared by the debtor.

e. Negotiate and prepare on debtor's behalf a plan of reorganization, disclosure statement, all related agreements and/or documents and take any necessary action on behalf of the debtors to obtain confirmation of such plan.

f. Advise the debtor with respect to the sale or retention of assets;

g. Appear before this Court and the U.S. Trustee to protect the interests of the debtor's estate;

h. Perform all other necessary legal services and provide all other necessary legal advice to the debtor in connection with this Chapter 11 case but not in any converted case.

IT IS FURTHER ORDERED that The Fuller Law Firm, P.C. shall make further application to the Court before receiving any further compensation.

**END OF ORDER**

COURT SERVICE LIST

No parties to be served