# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  Burnt Rice Korean Restaurant, Inc.  ,   Case No. 15-53371-MEH
           *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: February 2016                                          Date filed: 03/28/2016

Line of Business: Restaurant                                  NAISC Code: 58120110

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Krystal Fields
Original Signature of Responsible Party

Krystal Fields
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| # | Question | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 70,699.24

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 9,843.57

Cash on Hand at End of Month $ 12,719.12

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 67,189.63

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 70,699.24

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 67,189.63

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 3,509.61

Case: 15-53371   Doc# 64   Filed: 03/30/16   Entered: 03/30/16 16:22:16   Page 2 of 14

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 26,609.07

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 6,202.08

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 16 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 16 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 0.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 750.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 750.00 |

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 81,000.00 | $ 70,699.24 | $ -10,300.76 |
| EXPENSES | $ 73,710.00 | $ 67,189.63 | $ 6,520.37 |
| CASH PROFIT | $ 7,290.00 | $ 3,509.61 | $ -3,780.39 |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 83,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 75,530.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 7,470.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

# Burnt Rice Korean Restaurant

## PROFIT AND LOSS
February 2016

|  | Total |
|---|---:|
| **INCOME** | |
|   4000 Cash Sales | 9,950.45 |
|   4005 Catering Sales | 26,002.79 |
|   4010 Credit Card Sales | 34,746.00 |
| **Total Income** | **$70,699.24** |
| **COST OF GOODS SOLD** | |
|   05001 Consumable Supplies & Materials | 961.99 |
|   05002 Food Cost | |
|     05008 Food Cost Grocery | 20,039.84 |
|     05012 Food Cost Seafood | 1,008.57 |
|   Total 05002 Food Cost | **21,048.41** |
|   05013 Beverage Cost | |
|     05018 Beverage Cost Beer/Wine/Liquor | 520.00 |
|     05019 Beverage Cost Fountain | 113.75 |
|   Total 05013 Beverage Cost | **633.75** |
| **Total Cost of Goods Sold** | **$22,644.15** |
| **GROSS PROFIT** | **$48,055.09** |
| **EXPENSES** | |
|   06000 Cost of Labor | |
|     06100 Front House | 4,931.70 |
|     06200 Kitchen | 14,304.89 |
|     06400 Unclassified (Direct Deposit) | 0.00 |
|     06500 Employer Payroll Taxes | 2,492.93 |
|     06600 ADP Payroll Fees | 272.70 |
|     06700 ADP Pay-by-Pay Insurance | 857.43 |
|     06830 Employee Benefits Other Employee Benefits | 336.44 |
|   Total 06000 Cost of Labor | **23,196.09** |
|   07000 GNA & CONTROLLABLE EXPENSES | |
|     07010 Commissions & fees | 4,556.17 |
|     07020 Auto | |
|       07024 Auto Gas & Operating | 856.63 |
|     Total 07020 Auto | **856.63** |
|     07030 Dues & Subscriptions | 149.89 |
|     07035 Freight & Delivery | 23.69 |
|     07040 Equipment Expenses | |
|       07041 Equipment Repair & Maintenance | 654.99 |
|     Total 07040 Equipment Expenses | **654.99** |
|     07050 Supplies | 781.25 |
|     07110 Office Expenses | 52.10 |
|     07120 Bank Charges | 328.00 |
|     07155 Merchant Services | 1,131.39 |

|  | Total |
|---|---:|
| Total 07000 GNA & CONTROLLABLE EXPENSES | **8,534.11** |
| 07500 ADVERTISING & PROMOTIONAL | |
|   07510 Advertising | 379.99 |
|   07540 Media Advertising | 14.95 |
| Total 07500 ADVERTISING & PROMOTIONAL | **394.94** |
| 07600 Occupancy Costs | |
|   07610 Property Services-Pest Control | 89.00 |
|   07620 Property Services-Security / Alarm Services | 57.71 |
|   07630 Property Services-Janitorial | 500.00 |
|   07640 Rent or Lease | 8,983.99 |
|   07650 Utilities | |
|     07662 Telephone/Internet | 376.21 |
|     07664 Electric & Gas | 2,413.43 |
|   Total 07650 Utilities | **2,789.64** |
| Total 07600 Occupancy Costs | **12,420.34** |
| **Total Expenses** | **$44,545.48** |
| **NET OPERATING INCOME** | **$3,509.61** |
| OTHER INCOME | |
|   4070 Sales Adjustments Cash Over/Short | 11.49 |
|   4090 Sales Adjustment CC Over/Short | -23.20 |
| **Total Other Income** | **$ -11.71** |
| OTHER EXPENSES | |
|   08100 INTEREST PAID | |
|     08190 Interest - Akribis | 200.00 |
|   Total 08100 INTEREST PAID | **200.00** |
| **Total Other Expenses** | **$200.00** |
| **NET OTHER INCOME** | **$ -211.71** |
| **NET INCOME** | **$3,297.90** |

Cash Basis  Tue, Mar 29 3:30PM GMT-7

2



**BANK OF THE WEST**
P.O. Box 2830, Omaha, NE 68103-2830

# Account Statement

February 1, 2016 - February 29, 2016

Page **1** of **8**

>006482 6186215 0003 008230 10Z
BURNT RICE KOREAN RESTAURANT INC
DEBTOR-IN-POSSESSION
121 CURTNER AVE. SUITE 20
SAN JOSE CA  95125-1061

## At your service

 bankofthewest.com

 1-800-488-2265

 1-800-659-5495 TTY/TDD

## New Chip Cards on the Way!

In an effort to provide more secure technology, we are sending our customers newly designed chip cards to help prevent counterfeit fraud. If you recently received your new chip card, please activate the new card and begin using it immediately. If you haven't received a chip card yet, watch your mail over the upcoming months. For more information visit **bankofthewest.com/chipcards.**

Visit the Bank of the West Security Center for tips and information on financial scam awareness at **bankofthewest.com/security.**

## CHOICE BUSINESS CHECKING                72
BURNT RICE KOREAN RESTAURANT INC

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
|---|---:|---|---:|
| **Beginning Balance** | **$1,736.80** | Interest this statement period | $0.00 |
| 46 Credits | 67,537.40 | Interest credited year-to-date | $0.00 |
| 5 Deposits | 8,678.46 | Interest credited prior year | $0.00 |
| 97 Withdrawals | -34,692.30 | Annual percentage yield earned | 0.00% |
| 60 Checks | -33,701.17 | Average monthly balance | $3,177.49 |
| **Ending Balance** | **$9,559.19** | | |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.



Case: 15-53371    Doc# 64    Filed: 03/30/16    Entered: 03/30/16 16:22:16    Page 7 of 14

## CHOICE BUSINESS CHECKING  xxx-xx2172 *(continued)*

ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---:|---|
| 02/01 | $5.00 | SERVICE CHG REBATE |
| | | VALUED CUSTOMER MONTHLY SERVICE CHARGE REBATE |
| 02/01 | 1,302.93 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   020116 518089710212853 CCD |
| 02/01 | 4,067.52 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   020116 518089710212853 CCD |
| 02/02 | 236.27 | ELECTRONIC DEP Kinetic Farm Inc EDI PYMNTS 020216 BT128620160201  CCD |
| 02/02 | 1,830.67 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   020216 518089710212853 CCD |
| 02/02 | 3,629.09 | ELECTRONIC DEP DOORDASH.COM     TRANSFER   020216CCD |
| 02/03 | 220.13 | ELECTRONIC DEP EAT24 LLC32644   EDI PYMNTS 020316 PMT753628CCD |
| 02/03 | 958.59 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   020316 518089710212853 CCD |
| 02/04 | 336.44 | ELECTRONIC DEP ADP EEPAY/GARNWC EEPAY/GARN 020416 791037988409C70 CCD |
| 02/04 | 595.36 | ELECTRONIC DEP BITECOMMISSARY   SETTLEMENT 020316 100646CCD |
| 02/04 | 714.30 | ELECTRONIC DEP EZCATER INC      CAT PMTS   020416 145192CCD |
| 02/04 | 1,407.86 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   020416 518089710212853 CCD |
| 02/05 | 853.09 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   020516 518089710212853 CCD |
| 02/08 | 3.36 | POS CREDIT |
| | | 739101        THE HOME DEPOT 18 SAN JOSE     CA      ##9728 |
| 02/08 | 1,692.95 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   020816 518089710212853 CCD |
| 02/08 | 4,352.58 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   020816 518089710212853 CCD |
| 02/09 | 202.14 | ELECTRONIC DEP Kinetic Farm Inc EDI PYMNTS 020916 BT128620160208  CCD |
| 02/09 | 2,650.59 | ELECTRONIC DEP DOORDASH.COM     TRANSFER   020916CCD |
| 02/10 | 143.16 | ELECTRONIC DEP EAT24 LLC32740   EDI PYMNTS 021016 PMT776265CCD |
| 02/10 | 1,073.20 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021016 518089710212853 CCD |
| 02/11 | 930.61 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021116 518089710212853 CCD |
| 02/12 | 1,294.08 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021216 518089710212853 CCD |
| 02/16 | 306.03 | ELECTRONIC DEP Kinetic Farm Inc EDI PYMNTS 021616 BT128620160215  CCD |
| 02/16 | 1,571.14 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   021616 518089710212853 CCD |
| 02/16 | 2,400.16 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   021616 518089710212853 CCD |
| 02/16 | 3,236.99 | ELECTRONIC DEP DOORDASH.COM     TRANSFER   021616CCD |
| 02/16 | 4,737.37 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021616 518089710212853 CCD |
| 02/16 | 453.48 | ATM DEPOSIT |
| | | 6552-003816 BK WEST  S FIRST ST    SAN JOSE    CA     ##9627 |
| 02/17 | 2,357.26 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021716 518089710212853 CCD |
| 02/18 | 53.23 | ELECTRONIC DEP EAT24 LLC32805   EDI PYMNTS 021816 PMT787899CCD |
| 02/18 | 900.25 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021816 518089710212853 CCD |
| 02/19 | 228.78 | ELECTRONIC DEP BITECOMMISSARY   SETTLEMENT 021816 100646CCD |
| 02/19 | 950.18 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   021916 518089710212853 CCD |
| 02/22 | 1,613.62 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   022216 518089710212853 CCD |
| 02/22 | 4,087.84 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   022216 518089710212853 CCD |
| 02/22 | 560.00 | ATM DEPOSIT |
| | | 6533-007435 BK WEST  STEVENS CREEKSAN JOSE    CA     ##9395 |
| 02/23 | 167.70 | ELECTRONIC DEP Kinetic Farm Inc EDI PYMNTS 022316 BT128620160222  CCD |
| 02/23 | 2,454.91 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   022316 518089710212853 CCD |
| 02/23 | 3,369.97 | ELECTRONIC DEP DOORDASH.COM     TRANSFER   022316CCD |
| 02/24 | 1,557.07 | ELECTRONIC DEP BANKCARD-8566    BTOT DEP   022416 518089710212853 CCD |
| 02/25 | 43.04 | ELECTRONIC DEP EAT24 LLC32917   EDI PYMNTS 022516 PMT799165CCD |
| 02/25 | 1,261.38 | ELECTRONIC DEP BANKCARD-8566    MTOT DEP   022516 518089710212853 CCD |

8230-OPS-00008

## CHOICE BUSINESS CHECKING  xxx-xx2172  (continued)
### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 02/26 | $18.47 | POS CREDIT |
| | | 796701    THE HOME DEPOT 18 SAN JOSE    CA    ##9395 |
| 02/26 | 999.70 | ELECTRONIC DEP BANKCARD-8566   MTOT DEP   022616 518089710212853 CCD |
| 02/29 | 1,378.05 | ELECTRONIC DEP BANKCARD-8566   MTOT DEP   022916 518089710212853 CCD |
| 02/29 | 4,330.86 | ELECTRONIC DEP BANKCARD-8566   BTOT DEP   022916 518089710212853 CCD |

**46 credits for a total of $67,537.40**

### Deposits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02/01 | $1,000.00 | 02/17 | $300.00 | 02/25 | $3,047.00 |
| 02/04 | 2,581.46 | 02/17 | 1,750.00 | | |

**5 deposits for a total of $8,678.46**

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 02/01 | $173.00 | DEBIT CARD POS |
| | | BAY AREA SELF STORAGE- 04085209866 CA ON 160131 #9627 |
| 02/01 | 202.77 | POS PURCHASE |
| | | 007567 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/01 | 17.52 | POS PURCHASE |
| | | 047420 DONG VINH INC SAN JOSE CA ##9395 |
| 02/01 | 20.00 | MONTHLY SVC CHG |
| | | PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 02/01 | 494.35 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 020116 020193972776000 CTX |
| 02/02 | 29.99 | DEBIT CARD POS |
| | | DYNAMIC MEDIA 05869784214 MI ON 160202 #9627 |
| 02/02 | 89.00 | DEBIT CARD POS |
| | | IN *MATRIX PEST ELIMIN 925-4840583 CA ON 160202 #9395 |
| 02/02 | 57.71 | DEBIT CARD POS |
| | | ADT SECURITY*015827141 800-238-2455 FL ON 160202 #9395 |
| 02/02 | 178.16 | DEBIT CARD POS |
| | | DONG VINH INC SAN JOSE CA ON 160202 #9395 |
| 02/02 | 14.95 | DEBIT CARD POS |
| | | WEB* 800-932-4678 FL ON 160202 #9395 |
| 02/02 | 1,172.35 | ELECTRONIC DBT BANKCARD-8566 MTOT DISC 020216 518089710212853 CCD |
| 02/03 | 95.00 | DEBIT CARD POS |
| | | IN *DE ANZA WATER COND 408-3715521 CA ON 160203 #9395 |
| 02/03 | 21.73 | DEBIT CARD POS |
| | | CHEVRON 0093093 SAN JOSE CA ON 160203 #9395 |
| 02/03 | 31.36 | POS PURCHASE |
| | | 104328 CHEVRON/CSI-09430 SAN JOSE CA ##9728 |
| 02/04 | 124.18 | DEBIT CARD POS |
| | | ARAMARK UNIFORM 800-504-0328 KY ON 160204 #9395 |
| 02/04 | 3.36 | POS PURCHASE |
| | | 777801 THE HOME DEPOT 18 SAN JOSE CA ##9728 |
| 02/04 | 140.49 | POS PURCHASE |
| | | 047653 DONG VINH INC SAN JOSE CA ##9728 |

bankofthewest.com    1-800-488-2265    1-800-659-5495 TTY/TDD

Case: 15-53371   Doc# 64   Filed: 03/30/16   Entered: 03/30/16 16:22:16   Page 9 of 14



# Account Statement

## CHOICE BUSINESS CHECKING  xxx-xx2172  (continued)

ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 02/04 | $56.00 | POS PURCHASE |
| | | 512460 LION SUPERMARK SAN JOSE CA ##9728 |
| 02/04 | 440.64 | PAID ACH DEBIT |
| | | ADP EEPAY/GARNWC EEPAY/GARN 020316 767058895781C7O CCD |
| 02/04 | 2,387.03 | PAID ACH DEBIT |
| | | ADP EEPAY/GARNWC EEPAY/GARN 020316 210042916718C7O CCD |
| 02/04 | 26.00 | RETURNED ITEM FEE |
| 02/04 | 52.00 | PAID OVERDRAFT FEE |
| 02/05 | 39.95 | DEBIT CARD POS |
| | | INTUIT *QB ONLINE 800-286-6800 CA ON 160205 #9395 |
| 02/05 | 114.25 | POS PURCHASE |
| | | 011123 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/05 | 47.34 | POS PURCHASE |
| | | 548723 VALERO OF SARA SAN JOSE CA ##9627 |
| 02/08 | 27.50 | DEBIT CARD POS |
| | | IN *CARBONIC SERVICE, 408-7278835 CA ON 160207 #9395 |
| 02/08 | 6.50 | DEBIT CARD POS |
| | | PAYPAL *ORIENTALTRA 4029357733 NE ON 160207 #9395 |
| 02/08 | 199.27 | POS PURCHASE |
| | | 013125 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/08 | 9.99 | POS PURCHASE |
| | | 488779 COSTCO WHSE #01 SAN JOSE CA ##9728 |
| 02/08 | 8.63 | POS PURCHASE |
| | | 797746 LION SUPERMARK SAN JOSE CA ##9728 |
| 02/08 | 3,000.00 | OUTGOING WIRE |
| | | REFERENCE # 160208007104 WIRE DEBIT |
| | | SENDING BANK REFERENCE # NONREF |
| 02/08 | 30.00 | WIRE OUT FEE |
| | | OUTGOING DOMESTIC WIRE |
| | | REF # 160208007104 |
| 02/08 | 105.00 | RETURNED ITEM FEE |
| 02/08 | 664.01 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 020816 020893972776000 CTX |
| 02/09 | 2,743.60 | ELECTRONIC DBT ADP Tax/401k Tax/401k 020916 RYC7O 6955776VV CCD |
| 02/10 | 15.20 | DEBIT CARD POS |
| | | FEDEXOFFICE 00019232 SAN JOSE CA ON 160210 #9395 |
| 02/10 | 300.00 | DEBIT CARD POS |
| | | METRO NEWSPAPER 04082988000 CA ON 160210 #9395 |
| 02/10 | 86.25 | DEBIT CARD POS |
| | | IN *CARBONIC SERVICE, 408-7278835 CA ON 160210 #9395 |
| 02/10 | 21.73 | DEBIT CARD POS |
| | | 76 SAN JOSE CA ON 160210 #9395 |
| 02/10 | 154.24 | DEBIT CARD POS |
| | | COMCAST CALIFORNIA 800-COMCAST CA ON 160210 #9395 |
| 02/10 | 180.64 | POS PURCHASE |
| | | 048261 DONG VINH INC SAN JOSE CA ##9728 |
| 02/11 | 124.18 | DEBIT CARD POS |
| | | ARAMARK UNIFORM 800-504-0328 KY ON 160211 #9395 |

## CHOICE BUSINESS CHECKING  xxx-xx2172 *(continued)*

### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 02/12 | $156.39 | POS PURCHASE |
| | | 950714 NKOOK SUPERMAR SUNNYVALE CA ##9728 |
| 02/12 | 540.65 | POS PURCHASE |
| | | 015921 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/12 | 110.41 | POS PURCHASE |
| | | 048468 DONG VINH INC SAN JOSE CA ##9728 |
| 02/12 | 32.61 | POS PURCHASE |
| | | 488869 COSTCO WHSE #01 SAN JOSE CA ##9728 |
| 02/12 | 23.06 | POS PURCHASE |
| | | 726317 SHELL Service S SAN JOSE CA ##9728 |
| 02/12 | 5.99 | POS PURCHASE |
| | | 346669 SMARTNFINAL436 SAN JOSE CA ##9728 |
| 02/12 | 101.29 | ELECTRONIC DBT ADP PAYROLL FEES ADP - FEES 021216 2RC7O 4545390 CCD |
| 02/12 | 708.10 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 021216 021293972776000 CTX |
| 02/16 | 260.13 | POS PURCHASE |
| | | 018658 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/16 | 47.88 | POS PURCHASE |
| | | 489120 COSTCO WHSE #01 SAN JOSE CA ##9728 |
| 02/16 | 4,188.82 | OUTGOING WIRE |
| | | REFERENCE # 160216007656 WIRE DEBIT |
| | | SENDING BANK REFERENCE # NONREF |
| 02/16 | 30.00 | WIRE OUT FEE |
| | | OUTGOING DOMESTIC WIRE |
| | | REF # 160216007656 |
| 02/17 | 23.57 | DEBIT CARD POS |
| | | CHEVRON 0359231 SAN JOSE CA ON 160217 #9395 |
| 02/17 | 8.49 | POS PURCHASE |
| | | 752645 PAYPAL *TONYVE San Jose CA ##9395 |
| 02/17 | 91.53 | ELECTRONIC DBT ADP EEPAY/GARNWC EEPAY/GARN 021716 445037810356C7O CCD |
| 02/17 | 336.44 | ELECTRONIC DBT ADP EEPAY/GARNWC EEPAY/GARN 021716 774059458212C7O CCD |
| 02/17 | 416.79 | ELECTRONIC DBT ADP EEPAY/GARNWC EEPAY/GARN 021716 445037810357C7O CCD |
| 02/17 | 2,081.57 | ELECTRONIC DBT ADP EEPAY/GARNWC EEPAY/GARN 021716 445037810355C7O CCD |
| 02/17 | 2,544.33 | ELECTRONIC DBT ADP Tax/401k Tax/401k 021716 RYC7O 021704A01 CCD |
| 02/18 | 124.18 | DEBIT CARD POS |
| | | ARAMARK UNIFORM 800-504-0328 KY ON 160218 #9395 |
| 02/18 | 99.95 | DEBIT CARD POS |
| | | LAVU INC 855-767-5288 NM ON 160218 #9627 |
| 02/18 | 124.14 | POS PURCHASE |
| | | 048970 DONG VINH INC SAN JOSE CA ##9627 |
| 02/19 | 221.97 | DEBIT CARD POS |
| | | DTV*DIRECTV SERVICE 800-347-3288 CA ON 160219 #9395 |
| 02/19 | 9.99 | POS PURCHASE |
| | | 387363 PAYPAL *MICROS San Jose CA ##9395 |
| 02/19 | 589.69 | POS PURCHASE |
| | | 020802 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/19 | 5.64 | POS PURCHASE |
| | | 100901 THE HOME DEPOT 18 SAN JOSE CA ##9627 |



bankofthewest.com          1-800-488-2265          1-800-659-5495 TTY/TDD



## CHOICE BUSINESS CHECKING  xxx-xx2172 *(continued)*

### ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 02/19 | $75.00 | ELECTRONIC DBT ADP PAYROLL FEES ADP - FEES 021916 2RC7O 4828664 CCD |
| 02/22 | 32.57 | POS PURCHASE 347598 SMARTNFINAL436 SAN JOSE CA ##9627 |
| 02/22 | 43.34 | POS PURCHASE 471458 VALERO OF SARA SAN JOSE CA ##9627 |
| 02/22 | 14.55 | POS PURCHASE 346041 SMARTNFINAL436 SAN JOSE CA ##9395 |
| 02/22 | 23.79 | POS PURCHASE 401230 CHEVRON/CSI-09430 SAN JOSE CA ##9728 |
| 02/22 | 184.67 | POS PURCHASE 022937 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/22 | 352.22 | ELECTRONIC CHECK CONVERTED PAID ITEM 300087 CHECK #: 3168 |
| 02/22 | 465.32 | ELECTRONIC CHECK CONVERTED PAID ITEM 300088 CHECK #: 3516 |
| 02/22 | 70.00 | PAID OVERDRAFT FEE |
| 02/22 | 1,300.58 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 022216 022293972776000 CTX |
| 02/23 | 8.49 | DEBIT CARD POS FEDEXOFFICE 00004622 ALAMEDA CA ON 160223 #9395 |
| 02/24 | 500.00 | DEBIT CARD POS ANAGO OF THE BAY AREA 08584055317 CA ON 160224 #9395 |
| 02/24 | 209.18 | POS PURCHASE 049566 DONG VINH INC SAN JOSE CA ##9627 |
| 02/24 | 18.47 | POS PURCHASE 174101 THE HOME DEPOT 18 SAN JOSE CA ##9395 |
| 02/25 | 20.71 | DEBIT CARD POS 76 SAN JOSE CA ON 160225 #9395 |
| 02/25 | 124.18 | DEBIT CARD POS ARAMARK UNIFORM 800-504-0328 KY ON 160225 #9395 |
| 02/25 | 30.47 | POS PURCHASE 078579 TARGET T- 1600 Sa San Jose CA ##9627 |
| 02/25 | 225.53 | POS PURCHASE 025036 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/26 | 30.34 | POS PURCHASE 342374 SMARTNFINAL436 SAN JOSE CA ##9395 |
| 02/26 | 11.93 | POS PURCHASE 796801 THE HOME DEPOT 18 SAN JOSE CA ##9395 |
| 02/26 | 96.41 | ELECTRONIC DBT ADP PAYROLL FEES ADP - FEES 022616 2RC7O 5477960 CCD |
| 02/26 | 1,220.95 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 022616 022693972776000 CTX |
| 02/29 | 175.25 | DEBIT CARD POS DONG VINH INC SAN JOSE CA ON 160228 #9395 |
| 02/29 | 13.14 | POS PURCHASE 134085 TARGET T- 2161 Mo San Jose CA ##9627 |
| 02/29 | 18.88 | POS PURCHASE 344392 SMARTNFINAL436 SAN JOSE CA ##9627 |
| 02/29 | 10.86 | POS PURCHASE 927963 ROSS STORES #1221 SAN JOSE CA ##9627 |

## CHOICE BUSINESS CHECKING  xxx-xx2172 *(continued)*

ACCOUNT DETAIL



### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 02/29 | $5.97 | POS PURCHASE |
| | | 346717 SMARTNFINAL436 SAN JOSE CA ##9728 |
| 02/29 | 406.59 | POS PURCHASE |
| | | 027842 JETRO HOLDINGS SAN JOSE CA ##9728 |
| 02/29 | 2,413.43 | ELECTRONIC DBT PGANDE WEB ONLINE 022716 WEB |

**97 withdrawals for a total of $34,692.30**

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1083 | 02/01 | 164.92 | 3154 | 02/04 | 469.54 | 3505* | 02/01 | 918.19 |
| 1085* | 02/08 | 780.24 | 3155 | 02/04 | 334.06 | 3506 | 02/03 | 314.25 |
| 1086 | 02/16 | 28.87 | 3156 | 02/05 | 82.30 | 3507 | 02/03 | 8,810.99 |
| 1087 | 02/16 | 370.82 | 3157 | 02/03 | 411.29 | 3508 | 02/04 | 913.42 |
| 1088 | 02/16 | 363.00 | 3158 | 02/04 | 335.09 | 3509 | 02/16 | 497.84 |
| 1089 | 02/12 | 265.22 | 3159 | 02/16 | 563.54 | 3510 | 02/03 | 336.44 |
| 1090 | 02/16 | 126.06 | 3160 | 02/04 | 364.55 | 3511 | 02/05 | 96.00 |
| 1091 | 02/16 | 695.03 | 3161 | 02/03 | 685.87 | 3512 | 02/11 | 366.25 |
| 1092 | 02/17 | 92.00 | 3162 | 02/19 | 163.97 | 3513 | 02/18 | 157.00 |
| 1093 | 02/19 | 55.96 | 3164* | 02/17 | 684.19 | 3514 | 02/16 | 554.35 |
| 1094 | 02/19 | 605.94 | 3165 | 02/19 | 482.67 | 3515 | 02/18 | 185.35 |
| 1095 | 02/22 | 54.02 | 3166 | 02/29 | 302.20 | 3517* | 02/22 | 803.00 |
| 1096 | 02/26 | 64.20 | 3167 | 02/18 | 205.20 | 3518 | 02/23 | 254.80 |
| 3146* | 02/03 | 322.71 | 3169* | 02/18 | 384.03 | 3519 | 02/22 | 937.46 |
| 3147 | 02/08 | 527.20 | 3170 | 02/17 | 158.67 | 3520 | 02/23 | 834.14 |
| 3149* | 02/05 | 557.14 | 3171 | 02/24 | 457.58 | 3521 | 02/29 | 909.16 |
| 3150 | 02/18 | 496.88 | 3172 | 02/19 | 660.35 | 3540* | 02/22 | 831.00 |
| 3151 | 02/10 | 335.84 | 3173 | 02/23 | 356.62 | 3541 | 02/29 | 47.13 |
| 3152 | 02/16 | 345.28 | 3174 | 02/17 | 435.00 | 3543* | 02/26 | 816.35 |
| 3153 | 02/08 | 181.23 | 3175 | 02/17 | 498.77 | 9172* | 02/25 | 650.00 |

**60 checks paid for a total of $33,701.17**

*\* Break in check number sequence.*



## IMPORTANT INFORMATION

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

(For accounts that are maintained primarily for personal, family or household purposes.)

Telephone us at (800) 488-2265, or write us at Bank of the West*, Branch Service Center, P.O. Box 2573, Omaha, NE 68103-2573 as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. We will need to know the following:

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for transactions involving new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*In South Dakota, Bank of the West operates under the name of Bank of the West California.

 bankofthewest.com     1-800-488-2265     1-800-659-5495 TTY/TDD

Case: 15-53371   Doc# 64   Filed: 03/30/16   Entered: 03/30/16 16:22:16   Page 14 of 14