LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
THE FULLER LAW FIRM, P.C.
60 No. Keeble Ave.
San Jose, CA 95126
Telephone: (408)295-5595
Facsimile: (408) 295-9852

Attorneys for Debtor

The following constitutes
the order of the court. Signed September 8, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BURNT RICE KOREAN RESTAURANT, INC.<br><br>            Debtor | Case No.: 15-53371-MEH<br><br>**FINAL DECREE**<br><br>CHAPTER 11<br><br>Date:   None Set<br>Time:  None Set<br>Judge: Hammond |

On Debtor's Application under Bankruptcy Rule 3022 for Entry of Final Decree filed on Aug 4, 2016 as Docket No. 77, the estate having been fully administered, all operating reports required to be filed having been filed, the United States Trustee having been paid its statutory fees and good cause appearing,

IT IS ORDERED THAT a final decree be and hereby is entered.

        Approved as to Form of Order

                      OFFICE OF THE UNITED STATES TRUSTEE


                         /s/ Timothy S. Laffredi
                      Assistant U.S. Trustee

                      **\*\*END OF ORDER\*\***

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

1

**COURT SERVICE LIST**

All electronic service.

FULLER LAW FIRM, PC
60 N. KEEBLE AVE
SAN JOSE, CA 95126
(408) 295-5595

2